ANTHONY J. TUCCI
Nevada Bar No. 14425
NATIONAL NURSES ORGANIZING
COMMITTEE-NEVADA/NNU
LEGAL DEPARTMENT
155 Grand Avenue
Oakland, California 94612
Telephone:   (510) 326-6832
Facsimile:   (510) 663-4822
Email: atucci@nationalnursesunited.org

Attorneys for National Nurses Organizing
Committee – Nevada/National Nurses United

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE MOUNTAINVIEW HOSPITAL, INC. d/b/a MOUNTAINVIEW HOSPITAL, <br><br> Petitioner, <br><br> vs. <br><br> NATIONAL NURSES ORGANIZING COMMITTEE-NEVADA/NNU, <br><br> Respondent. | Case No. 2:25-CV-02488 <br><br> Judge James C. Mahan and Magistrate Judge Elayna J. Youchah <br><br> **UNOPPOSED MOTION TO EXTEND TIME FOR RESPONDENT NATIONAL NURSES ORGANIZING COMMITTEE-NEVADA/NATIONAL NURSES UNITED TO FILE RESPONSE TO PETITION AND MOTION TO VACATE IN PART ARBITRATION AWARD** <br><br> **(FIRST REQUEST)** <br><br> Petition Filed: December 15, 2025 |

Respondent's Unopposed Motion to Extent Time to File Response to Petition and Motion to Vacate

Respondent National Nurses Organizing Committee-Nevada/National Nurses United ("NNOC"), by and through undersigned counsel, hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1 for a thirty (30) day extension of time to file its response to Petitioner's Petition and Motion to Vacate In Part Arbitration Award.

This is NNOC's first request.

///

///

-1-
NNOC/NNU'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PETITION AND MOTION TO VACATE IN PART ARBITRATION AWARD

This Motion is made before the expiration of the current deadline, is unopposed, and is supported by good cause as set forth below.

**I.      Current Deadline**

NNOC's response to the Petition to Vacate In Part Arbitration Award is currently due on Tuesday, February 17, 2026.

**II.      Good Cause Exists for the Requested Extension**

Good cause exists for the requested extension. The Petition seeks to vacate in part an arbitration award and requires review of the parties' collective-bargaining agreement, the arbitrator's award and decision, and the underlying arbitration record in order to prepare an appropriate response under the Labor Management Relations Act (LMRA), 29 U.S.C. § 185 and the Federal Arbitration Act (FAA), 9 U.S.C. § 2.

The arbitration proceedings were handled by different in-house counsel within NNOC's legal department, and additional time is necessary to coordinate review of the record and evaluate the issues raised in the Petition. The requested extension will allow Respondent to adequately address the statutory grounds asserted for vacatur and ensure that the Court receives a thorough and complete response.

Counsel for Respondent contacted counsel for Petitioner regarding the requested extension, and Petitioner does not oppose this request. Declaration of David Willhoite ("Willhoite Dec."). NNOC emailed Petitioner's counsel a draft Joint Stipulation to extend time at 2 p.m. on February 12. Willhoite Dec. ¶ 3 Ex. A. Counsel for Petitioner responded the next day, February 13, confirming Petitioner's agreement to extend time, stating they would return a copy with any revisions as soon as possible. *Id.* ¶ 4. At 1:50 p.m. Petitioner replied that it was waiting client approval on its revisions. *Id.* ¶ 5. NNOC responded at 3:20 p.m. explaining that we will need the revisions as soon as possible so we could file the Joint Stipulation by COB February 13 given the court holiday on Monday. *Id.* ¶ 6. Out of an abundance of caution, NNOC files this motion to extend time.

///

///

NNOC/NNU'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PETITION
AND MOTION TO VACATE IN PART ARBITRATION AWARD

This is Respondent's first request for an extension of this deadline. The request is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension.

### III.    Conclusion and Requested Deadline

NNOC respectfully requests that the Court extend the deadline to file its response by thirty (30) days, up to and including March 19, 2026.

Dated: February 13, 2026

Respectfully submitted,

NATIONAL NURSES ORGANIZING
COMMITTEE-NEVADA/NATIONAL
NURSES UNITED
LEGAL DEPARTMENT

/s/ Anthony J. Tucci
ANTHONY J. TUCCI
Attorneys for National Nurses Organizing
Committee-Nevada/National Nurses United

### ORDER

IT IS SO ORDERED.

National Nurses Organizing Committee-Nevada/National Nurses United's response to Sunrise Mountainview Hospital, Inc. d/b/a Mountainview Hospital's Petition and Motion to Vacate In Part Arbitration Award is now due on March 19, 2026.

_____
U.S. MAGISTRATE JUDGE
Dated: February 17, 2026

NNOC/NNU'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PETITION
AND MOTION TO VACATE IN PART ARBITRATION AWARD