ZANE R. GELLER, ESQ.
Nevada Bar No. 16538
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email:  efile@hallprangle.com
*Attorneys for Petitioner Sunrise Mountainview Hospital, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE  MOUNTAINVIEW  HOSPITAL, INC. d/b/a MOUNTAINVIEW HOSPITAL,<br><br>Petitioner,<br><br>vs.<br><br>NATIONAL     NURSES     ORGANIZING COMMITTEE-NEVADA/NNU,<br><br>Respondent. | CASE NO.:     2:25-cv-02488-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PETITIONER TO FILE RESPONSE TO RESPONDENT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Petitioner Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital, by and through its attorney of record, Zane Geller, Esq. of HALL PRANGLE, LLC, and Respondent National Nurses Organizing Committee-Nevada/NNU, by and through its attorney of record, Anthony Tucci, Esq., of National Nurses Organizing Committee-Nevada/NNU Legal Department, hereby stipulate as follows:

1. On December 15, 2025, Petitioner filed its Petition and Motion to Vacate in Part Arbitration Award and Memorandum of Points and Authorities in Support Thereof on December. (ECF No. 1).

2. On February 13, 2026, Respondent filed its Unopposed Motion to Extend Time for Respondent National Nurses Organizing Committee-Nevada/National Nurses United to File Response to Petition and Motion to Vacate in Part Arbitration Award (ECF No. 9).

3. On February 17, 2026, the Court entered its Order Granting Respondent's Unopposed Motion to Extend Time for Respondent National Nurses Organizing Committee-

HALL PRANGLE LLC
1140 NORTH TOWN CENTER DRIVE
SUITE 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400     FACSIMILE: 702-384-6025

Nevada/National Nurses United to File Response to Petition and Motion to Vacate in Part Arbitration Award (ECF No. 11).

4.    On March 19, 2026, Respondent filed its Motion to Dismiss; Counter-Motion to Confirm; and Memorandum of Points of Authorities in Support Thereof (ECF No. 12).

5.    Petitioner's response to Respondent's Motion to Dismiss; Counter-Motion to Confirm; and Memorandum of Points and Authorities in Support Thereof is currently due April 2, 2026.

6.    Respondent agreed to Petitioner's request for a two-week extension to file its response to Respondent's Motion to Dismiss; Counter-Motion to Confirm; and Memorandum of Points and Authorities in Support Thereof to ensure that Petitioner has sufficient time to adequately investigate and address all arguments raised therein.

7.    This is Respondent's first request for an enlargement of time to file its response to Respondent's Motion to Dismiss; Counter-Motion to Confirm; and Memorandum of Points and Authorities in Support Thereof.

8.    The Parties agree that no prejudice will result from Petitioner's request for an enlargement of time.

9.    The Parties stipulate that, subject to Court approval, the deadline for Petitioner to file its response to Respondent's Motion to Dismiss; Counter-Motion to Confirm; and Memorandum of Points and Authorities in Support Thereof shall be April 16, 2026.

**IT IS SO STIPULATED.**

Dated this 1st day of April, 2026.

/s/ Zane Geller, Esq.
Zane R. Geller, Esq.
Nevada Bar No. 16538
HALL PRANGLE LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
*Attorneys for Petitioner Sunrise*
*Mountainview Hospital, Inc.*
*d/b/a Mountainview Hospital*

Dated this 1st day of April, 2026.

/s/ Anthony Tucci, Esq.
Anthony J. Tucci, Esq.
Nevada Bar No. 14425
NATIONAL NURSES ORGANIZING
COMMITTEE-NEVADA/NNU
LEGAL DEPARTMENT
155 Grand Avenue
Oakland, CA 94612
*Attorneys for National Nurses Organizing*
*Committee – Nevada/National Nurses United*

**HALL PRANGLE LLC**
1140 NORTH TOWN CENTER DRIVE
SUITE 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

**HALL PRANGLE LLC**
1140 NORTH TOWN CENTER DRIVE
SUITE 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400    FACSIMILE: 702-384-6025

## ORDER

Petitioner Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital's response to Respondent's Motion to Dismiss; Counter-Motion to Confirm; and Memorandum of Points and Authorities in Support Thereof is now due April 16, 2026.

**IT IS SO ORDERED.**

U.S. DISTRICT JUDGE JAMES C. MAHAN

DATED: April 8, 2026